UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 7:17-01 |
| Plaintiff, ) | |
| v. ) | |
| ) | **OPINION AND ORDER** |
| ) | |
| DEVONTEA M. FONTENEAU, ) | |
| ) | |
| Defendant. ) | |

\*\* \*\* \*\* \*\* \*\*

This matter is before the Court on two identical motions (DE 276, 277) by defendant Devontea M. Fonteneau. By judgment dated February 5, 2018, the Court sentenced Fonteneau to 72 months after he pleaded guilty to conspiring to distribute crack cocaine. With both motions, Fonteneau now asks the Court to order that he receive credit toward his sentence for the time he claims that he served in federal custody prior to his sentencing.

Whether a defendant is entitled to credit for time served on a federal sentence is controlled by 18 U.S.C. § 3585(b). The language of that statute reads:

> A defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences
>
> (1) as a result of the offense for which the sentence was imposed; or
>
> (2) as a result of any other charge for which the defendant was arrested after the commission of the offense for which the sentence was imposed;
>
> that has not been credited against another sentence.

18 U.S.C. § 3585(b).

However, "[a]fter a district court sentences a federal offender, the Attorney General, through the BOP, has the responsibility for administering the sentence." *United States v. Wilson*, 503 U.S. 329, 335 (1992). Thus, any request for credit for time served prior to sentencing under 18 U.S.C. § 3585(b) must first be made to the Attorney General through the BOP upon imprisonment after sentencing. *Rogers v. United States*, 180 F.3d 349, 357–58 (1st Cir. 1999). *See also Barker v. Barnhart*, No. 18-5969, 2019 WL 4391453, at *3 (6th Cir. June 4, 2019).

Fonteneau does not state that he has utilized the BOP's administrative process to request credit for time served. *See* 28 C.F.R. § 542.10 *et al*. If, after exhausting all BOP procedures, he is dissatisfied with the BOP's final decision, he may seek judicial review of it by filing a petition under 28 U.S.C. § 2241. *See Rogers*, 180 F.3d at 358; *Barker*, 2019 WL 4391453, at *3

Accordingly, the Court hereby ORDERS that Fonteneau's motions asking that the Court order that he receive credit for time served prior to his sentencing (DE 276, 277) are DENIED.

Dated May 5, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

2